```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 17122
   ANTHONY W HILL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-1785

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 05/02/2005 and was confirmed 06/16/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 07/11/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00            .00            .00
NAVY FEDERAL C U          SECURED           9612.85         285.85        9612.85
NAVY FEDERAL C U          UNSEC W/INTER NOT FILED              .00            .00
CONSECO FINANCE           UNSEC W/INTER NOT FILED              .00            .00
NAVY FEDERAL C U          UNSEC W/INTER    6283.69         354.51        6283.69
NAVY FEDERAL C U          UNSEC W/INTER    4141.34         233.59        4141.34
SPRINT SPECTRUM LP        UNSEC W/INTER    1046.73          59.07        1046.73
UNIFUND LPD LLC           UNSEC W/INTER NOT FILED              .00            .00
WELLS FARGO               UNSEC W/INTER NOT FILED              .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE    1397.33            .00        1397.33
GREAT SENECA              UNSEC W/INTER    6553.41         371.08        6553.41
ASSET ACCEPTANCE CORP     UNSEC W/INTER    1448.36          76.92        1448.36
NEAL FELD                 DEBTOR ATTY      1,100.00                      1,100.00
TOM VAUGHN                TRUSTEE                                        1,818.63
DEBTOR REFUND             REFUND                                         1,431.89

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   36,215.25

PRIORITY                                              .00
SECURED                                         11,010.18
    INTEREST                                       285.85
UNSECURED                                       19,473.53
    INTEREST                                     1,095.17
ADMINISTRATIVE                                   1,100.00
TRUSTEE COMPENSATION                             1,818.63
DEBTOR REFUND                                    1,431.89
                          ---------------        ---------------
TOTALS                    36,215.25             36,215.25

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 17122 ANTHONY W HILL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/25/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 17122 ANTHONY W HILL